**Opinion issued May 17, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-21-00592-CV**

———————————

**SUPER LOPEZ FOOD PRODUCTS AND TORTILLA FACTORY, INC.,**
**Appellant**

**V.**

**SANDRA ELIZABETH RODRIGUEZ, INDIVIDUALLY, ON BEHALF OF**
**THE ESTATE OF RUBEN RODRIGUEZ, DECEASED AND AS NEXT**
**FRIEND OF J.R. A MINOR CHILD, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-52385**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss this appeal. No opinion

has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.